# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2023 OCT 27 P 1:58

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Travis Dickerson

v.

(Full name of defendant(s))

Milwaukee County

Jane Doe "RN" Registered Nurse

Case Number:

**23-C-1443**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin**, and is located at
   (State)

   **Milwaukee County Jail 949 N. 9TH ST. Milw. WI. 53233**
   (Address of prison or jail)

2. Defendant **Milwaukee County, Jane Doe Registered Nurse**
   (Name)
   is (if a person or private corporation) a citizen of **Wisconsin**
   (State, if known)
   and (if a person) resides at **949 N. 9TH ST. Milwaukee WI 53233**
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee County Jail 949 N. 9TH ST. Milw WI 53233</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Thursday October 12, 2023 between 9am-9:30AM C.O. white and Jane Doe "RN" Registered Nurse distributed me the wrong medication it was (2) tablets one tablet was a white tablet the other tablet was a blue tablet. I thought the medical doctor gave me a re-fill of generic tablets because they do that from time to time so I took the medication and didn't think too much of it until the side effects start occuring hours later. Two hours later C.O. white and Jane Doe "RN" Registered Nurse came back to my cell to distribute me some more medication Jane Doe RN Registered Nurse

Complaint – 2

said that I found your medication which was the famotidine 20 mg and Metformin 500 mg. C.O. White passed out the lunch trays around 11:30AM I eat lunch then I went to the dayroom to pace the floor back and forth. As I pace the floor back and forth I begin to get light headed; my chest started tighten up; my heart started racing; my head began to pound; and I started to get dizzy. I went to my cell to get some water. As I made my way back to the dayroom I paced the floor then I fainted face first collasping to the ground chipping my front tooth. The C.O. contacted the nurses to help me up and Run multiple test on me checking my blood pressure and pulse. The nurse eventually called the ambulance and I was taken to the hospital. The medical doctor ran MRI test on me to check for broken or fracture bones. I arrived back to

Complaint - 3 - (

Case 2:23-cv-01443-BHL   Filed 10/27/23   Page 3 of 7   Document 1

Milwaukee County Jail around 6pm. I was not able to exhaust my administrative Remedies by Filing a grievance on the Kiosk machine because I had to go lock in after I came from the hospital plus the dayroom was closed. I went to the hospital on Thursday October 12, 2023 around 12:30pm - 1pm. I got discharged from the hospital on Thursday October 12, 2023 around 5:50pm I made it on my unit around 6pm then I had to lock in my cell. Friday October 13, 2023 around 7AM in the morning Dodge correctional transfer service arrived at the Milwaukee County Jail to transport me to Dodge Correctional Institution so from the time I made it back to Milwaukee County Jail after being discharged from the hospital I had to go lock in my cell so I couldn't File a grievance on the Kiosk machine regarding this incident as a form of Exhausting my administrative Remedies

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm demanding $150 million dollars for Milwaukee County's Jane Doe "RN" Registered Nurse partaking in malpractice distributing me the wrong medication causing me to experience a allergic break out on my entire body of hives and red bumps; tighten of the chest; racing heart, rising of blood pressure; head rush; dizzyness; fainting collasping to the ground chipping my front tooth.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Fri__ day of __October 20__ 20_23_.

Respectfully Submitted,

_Travis Dickerson_
Signature of Plaintiff

_269402_
Plaintiff's Prisoner ID Number

Dodge Correctional Institution
#1 West Lincoln Street P.O. Box 661
Waupun, Wisconsin 53963-0661
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Travis Dickerson 740474
[signature]
41 West Lincoln Street
P.O. Box 661
Waupun, Wisconsin 53963-0661

OCT 27 2023
U.S. Marshals Service
Eastern District of Wisconsin

Clerk of Court
Eastern District of Wisconsin
Room 362
517 E. Wisconsin Avenue
Milwaukee WI 53202

quadient
CORRECTION
IMI
10/25/2023 ZIP 53963
043M31228414
$000.24°
US POSTAGE
FOREVER USA
Barn Swallow

2:23-cv-01443-BHL   Filed 10/27/23   Page 7 of 7   Docum